IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAN KARST and FRANCIS J. CAREY, JR.
as the Co-Executors of the ESTATE OF
WILLIAM POLK CAREY, Deceased,

    Plaintiffs,

v.                                                                              No. CIV 12-0944 JB/LFG

JAMES BAYARD CAREY,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal Without Prejudice, filed April 1, 2013 (Doc. 16), in which the parties informed they "stipulate to the dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." Stipulation of Dismissal Without Prejudice at 1. Because the Stipulation of Dismissal Without Prejudice disposes of all claims and issues before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Plaintiffs' Jan Karst and Francis J. Carey, Jr., as the Co-Executors of the Estate of William Polk Carey, deceased, Complaint for Breach of Promissory Note, filed September 7, 2012 (Doc. 1), and the case against Defendant James Bayard Carey, are dismissed without prejudice, and final judgment is entered.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Mark K. Adams
Kurt B. Gilbert
Rodey, Dickason, Sloan, Akin & Robb
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Joshua R. Simms
Albuquerque, New Mexico

    *Attorney for the Defendant*